# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**WHITE PINE INSURANCE COMPANY,**

      **Plaintiff,**

      v.                                                           Case No. 2:17-CV-04592

**HUTCH'S WRECKER SERVICE, LLC,**

      **Defendant.**

## AGREED STIPULATION

NOW COME the parties, by and through undersigned counsel, and advise the Court and stipulate that they understand from counsel in the underlying State court case, that the underlying case has settled and that a dismissal order will be entered shortly in that case, which will then allow the parties to this instant action to file an agreed motion to dismiss this instant action.

Respectfully submitted on November 30, 2018.

| | |
|---|---|
| */s/ Macel E. Rhodes* | /s/ *Samuel F. Hanna* |
| Macel E. Rhodes, Esquire (WVSB #6126) | Samuel F. Hanna, Esquire (WVSB #1580) |
| ZIMMER KUNZ, PLLC | Hanna Law Office |
| 1280 Suncrest Towne Centre | Post Office Box 2311 |
| Morgantown, WV  26505 | Charleston, WV  25328 |
| Phone: (304) 292-8531 | Phone:  (304) 342-2137 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |