IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

WHITE PINE INSURANCE COMPANY,

    Plaintiff,

v.                                                   Case No. 2:17-CV-04592

HUTCH'S WRECKER SERVICE, LLC,

    Defendant.

## AGREED DISMISSAL ORDER

This day came the parties and advised the Court that the underlying case in the Circuit Court of Fayette County, West Virginia, has been dismissed and, therefore, the matters in this instant case have become moot. Therefore, the parties move to dismiss this action.

Therefore, it is ORDERED that this civil action be, and the same is, hereby DISMISSED and retired from the active docket of this Court.

    DATED: January  17 , 2019.

                                                                  John T. Copenhaver, Jr.
                                                                  Senior United States District Judge

| | |
|---|---|
| */s/ Macel E. Rhodes* | */s/ Samuel F. Hanna* |
| Macel E. Rhodes, Esquire (WVSB #6126) | Samuel F. Hanna, Esquire (WVSB #1580) |
| ZIMMER KUNZ, PLLC | HANNA LAW OFFICE |
| 1280 Suncrest Towne Centre | PO Box 2311 |
| Morgantown, WV  26505 | Charleston, WV  25328 |
| Phone (304) 292-8531 | Phone (304) 342-2137 |
| Fax (304) 292-7529 | Fax: 304-342-2130 |
| Email: rhodes@zklaw.com | Email:  shanna@hannalawwv.com |

01698132.DOCX 1031-0008